FILED
2013 Sep-19 AM 09:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **HECTOR LOPEZ-PORTILLO,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:12-cv-04063-RDP-JEO |
| ) | |
| **ERIC HOLDER, Attorney General,** ) | |
| **United States, et al.,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot (Doc. 13), filed September 18, 2013. In their motion, Respondents note that Petitioner was removed from the United States on August 30, 2013. (Doc. 13-1). Respondents argue that because Petitioner has been removed from the United States, this case is due to be dismissed as moot.

On December 10, 2013, Petitioner filed a petition for writ of habeas corpus seeking to be released from custody pending his removal to El Salvador. (Doc. 1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed without prejudice. A separate Order will be entered.

**DONE** and **ORDERED** this    19th    day of September, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE